

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2015

No. 04-15-00111-CR

Claudia **CORTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 446387
The Honorable Monica A. Gonzalez, Judge Presiding

# O R D E R

On October 14, 2015, this court issued its opinion and judgment in this appeal. On October 19, 2015, Appellant's counsel Royal K. Griffin filed a motion to withdraw as Appellant's attorney. *See* TEX. R. APP. P. 6.5.

The motion (1) lists the date for the current deadline in the case, (2) states Appellant's last known address and telephone number, (3) certifies that Appellant was served with the motion to withdraw as required, and (4) contains a statement that Appellant was notified in writing of the right to object to the motion to withdraw. *See id.* 6.5(a), (b); *Rivera v. State*, 130 S.W.3d 454, 458 (Tex. App.—Corpus Christi 2004, no pet.).

Counsel's motion to withdraw is GRANTED.

We respectfully remind counsel of his remaining obligation to Appellant and this court. *See* TEX. R. APP. P. 6.5(c) ("[T]he withdrawing attorney must immediately notify [Appellant], in writing, of any deadlines or settings that the attorney knows about at the time of withdrawal but that were not previously disclosed to [Appellant]. The withdrawing attorney must file a copy of that notice with the court clerk.").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2015.

_____

Keith E. Hottle
Clerk of Court

